E-FILED
Tuesday, 14 April, 2020 11:15:47 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | No. 18-71832 |
| ROBERT F. BRADY, Sr., | Chapter 7 |
| Debtor. | |
| THOMAS J. PLIURA, *et al.*, | Adv. No. 19-7011 |
| Plaintiffs, | |
| vs. | |
| ROBERT F. BRADY, Sr., | |
| Defendant. | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant**

    1. Name of appellant: Robert F. Brady, Sr.

    2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendant.

**Part 2: Identify the subject of this appeal**

    1. Describe the judgment, order, or decree appealed from: Docket No. 37, Order rendering final judgment on plaintiffs' complaint.

    2. State the date on which the judgment, order, or decree was entered: Docket No. 37 was entered on March 31, 2020.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

    Plaintiff Thomas J. Pliura    Represented by:  Thomas E. Howard
                                                   Collateral Base
                                                 The Maxam Building
                                                 316 SW Washington St. Suite 1A

|  |  | Peoria, IL 61602 |
|--|--|--|
|  |  | (309) 699-4691 |
|  |  | tom@collateralbase.com |
| Plaintiff Pam H. Pliura | Represented by: | Thomas E. Howard |
|  |  | Collateral Base |
|  |  | The Maxam Building |
|  |  | 316 SW Washington St. Suite 1A |
|  |  | Peoria, IL 61602 |
|  |  | (309) 699-4691 |
|  |  | tom@collateralbase.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

     If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

X    Yes – Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: April 13, 2020                        Respectfully submitted,

                                          ROBERT F. BRADY, Sr.

                                          By:      /s/ Candice L. Kline
                                                         One of His Attorneys

Candice L. Kline
Steven C. Moeller
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
kline@carpenterlipps.com
moeller@carpenterlipps.com

# CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on April 13, 2020 she caused copies of the foregoing to be served on the following counsel of record via the Court's CM/ECF system:

> Thomas E Howard
> Collateral Base
> The Maxam Building
> 316 SW Washington St. Suite 1A
> Peoria, IL 61602
> tom@collateralbase.com
> *Counsel for Plaintiffs*
>
> Sumner A. Bourne
> Rafool & Bourne, P.C.
> 411 Hamilton Blvd., Suite 1600
> Peoria, IL 61602
> sbourne@rafoolbourne.com
> *Withdrawing counsel for Defendant*

The undersigned, an attorney, further certifies that she caused a copy of the foregoing to be served on the following party via email at the email address indicated:

> Robert Francis Brady
> 1310 E. Washington Street
> Bloomington, IL 61701
> bob@mykeystonehomes.com
> *Defendant*

> By:      /s/ Candice L. Kline
> Candice L. Kline
> CARPENTER LIPPS & LELAND LLP
> 180 North LaSalle Street, Suite 2105
> Chicago, Illinois 60601
> 312-777-4300 (tel)
> 312-777-4839 (fax)
> kline@carpenterlipps.com
>
> *Counsel for Defendant*

**IT IS SO ORDERED.**

**SIGNED THIS: March 31, 2020**

s/Mary P. Gorman

**Mary P. Gorman**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re ) | |
| ) | Case No. 18-71832 |
| ROBERT FRANCIS BRADY, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| THOMAS J. PLIURA and ) | |
| PAM H. PLIURA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No. 19-07011 |
| ) | |
| ROBERT FRANCIS BRADY, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

For the reasons set forth in an Opinion entered this day,

IT IS HEREBY ORDERED that, as to Count I of the Amended Complaint

Objecting to Dischargeability of Debt Pursuant to 11 U.S.C. §523(a) (#12), judgment is entered in favor of the Defendant, Robert Francis Brady, and against the Plaintiffs, Thomas J. Pliura and Pam H. Pliura.

IT IS FURTHER ORDERED that, as to Count II of the Amended Complaint Objecting to Dischargeability of Debt Pursuant to 11 U.S.C. §523(a) (#12), judgment is entered in favor of the Plaintiffs, Thomas J. Pliura and Pam H. Pliura, and against the Defendant, Robert Francis Brady.

IT IS FURTHER ORDERED that the entire debt owed by the Debtor, Robert Francis Brady, to Thomas J. Pliura and Pam H. Pliura is excepted from the Debtor's discharge entered April 16, 2019, pursuant to 11 U.S.C. §523(a)(2)(B).

###